UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OTIS HILLIARD | § | CIVIL ACTION NO. |
| *Plaintiff* | | |
| vs. | § | 4:10-CV-02388 |
| TYSON FOODS, INC. | | |
| *Defendant* | § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

NOW COMES, Plaintiff, **OTIS HILLIARD**, and pursuant to the Order of this Court and/or the Federal Rules of Civil Procedure, hereby designates the following expert witnesses:

### I.

### EXPERT WITNESSES

Plaintiffs' designated expert witnesses:

Jeffrey Reuben, M.D.
4126 Southwest Freeway, Suite 700
Houston, Texas 77027
(713) 521-7870

Dr. Randolph Evans, M.D. and his custodian of records
1200 Binz, Suite 1370
Houston, Texas 77004
(713) 528-0725

Dr. Shawanda Anderson, PHD
11250 West Road, Ste I
Houston, Texas 77065
(713) 459-6241

Dr. Maximo Roth, M.D., Defendant's company doctor
1140 Westmonth, Ste 505
Houston, Texas 77015
(713) 453-5454

East Houston Medical Center and their Custodian of Record
13111 I-10 East Freeway
Houston, Texas 77015
(713) 393-2356

Dr. George E. Griffin, M.D.
Greater Houston Emergency Physicians and their custodian of records

---

13111 East Freeway
Houston, Texas 77015

Kelsey - Seybold ER Clinic and their custodian of records
2727 Holcombe
Houston, Texas 77054

Custodian of Records Select Physical Therapy
15311 Vantage Parkway, Suite 130
Houston, Texas 77032
(281) 442-6861

Lydia David, LPT and Autum M. Teesdale, LPT
15311 Vantage Parkway, Suite 130
Houston, Texas 77032
(281) 442-6861

Custodian of Records for Key Health
30699 Russell Ranch Road, Suite 175
Westlake Village, California 91362
(877) 633-5436

Custodian of Records for Greater Houston Emergency Physicians
AKA Gulf Coast Physician Administration
211 Highland Cross, Suite 275
Houston, Texas 77073

Dr. Randolph Evans
200 Bend, Suite 1370
Houston, Texas 77004
(713) 528-0725

City of Houston Fire Department EMS and/or Custodian of Records
500 Jefferson, Suite 1600
Houston, Texas 77002
(713) 495-4292

St. Luke's Episcopal Hospital
6900 Fannin, Suite 800
Houston, Texas 77030
(832) 355-3166

Medical Center Emergency Physicians
P.O. Box 119
Bellaire, Texas 77402-0119
(713) 838-0800

Singleton Associates, PA
12951 South Freeway
Houston, Texas 77047-1920

(713) 521-2383

Merrill P. Anderson, Ph.D.
Atrium 10 Towers
11811 I-10 E., Suite 522
Houston, TX 77060
(281) 447-7230

Andrea Pellegrini, M.D. and
her Custodian of Records
505 N. Sam Houston Parkway E., Ste. 522
Houston, TX 77060
(281) 447-7230

Orlando Terneny, M.D. and
His Custodian of Record
2900 Broadway
Houston, TX 77017
(713) 773-3077

Enrique Tomez, Plaintiff's Supervisor
Mr. Tomez is an employer of Defendant, Tyson Foods, whose home address is currently
unknown, employment address is
300 Portwall St.
Houston, TX. 77029
(713) 673-0426

Daryl Terry, Plaintiff's Shift Supervisor
Mr. Terry is an employer of Defendant, Tyson Foods, whose home address is currently
unknown; employment address
300 Portwall St.
Houston, TX. 77029
(713) 673-0426


The above listed Custodian of Records may provide testimony regarding the authenticity of
the records, the reasonablness and necessity of charges for treatment and the admissibility of
the medical records.

The above listed doctors will testify regarding Plaintiff's injury, its severity and cause as well
as the reasonablness and necessity of all medical charges. The doctor will testify as to the
Plaintiff's medical history, pre-existing conditions, examinations, diagnosis, treatment and
prognosis.

RESPECTFULLY SUBMITTED,

S. A. RANDLE & ASSOCIATES, P.C.

_____
SARNIE A. RANDLE, JR.
FBN: 5346
SBN: 16525500
Chase Bank Building
5177 Richmond Avenue, Suite 635
Houston, Texas 77056
(713) 626-8600
(713) 626-8601 [fax]
ATTORNEY FOR PLAINTIFF,
OTIS HILLIARD

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all

attorneys of record via facsimile, certified mail, and/or hand delivery this 30th day March 2011.

_____
SARNIE A. RANDLE, JR.

Zach T. Mayer
Kane Russell Coleman & Logan, P.C.
1601 Elm St., Suite 3700
Dallas, TX 75201
(214) 777-4200
(214) 777-4299[fax]
ATTORNEY FOR DEFENDANT, TYSON FOODS, INC.