*Exhibit "C"*

Apr 13 12 09:46a        World of Work, Inc.                    3615894106                    p.2



www.theworldofwork.com

Robert D. Cox, M.A., C.R.C.
Licensed Professional Counselor
bob@theworldofwork.com

Linda E. Cox, M.S., C.R.C.
Licensed Professional Counselor
linda@theworldofwork.com

17424 W. Grand Parkway S.
Suite 422
Sugar Land, Texas 77479
(281) 343-0999
Fax (361) 589-4106

April 13, 2012

Mr. Brian J. Fisher
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201

Re: Cause No. 4:10-cv-2388; Otis J. Hilliard v. Tyson Foods, Inc.; In the United States District Court for the Southern District of Texas, Houston Division

Dear Mr. Fisher:

You asked me to develop opinions about prospects for employment and earnings for Otis Hilliard. I am qualified to render these opinions based on my forty years of work as a Vocational Rehabilitation Counselor in Texas. I am licensed as a Professional Counselor in Texas and have national certification as a Rehabilitation Counselor through the Commission on Rehabilitation Counselor Certification. I have experience working with persons, helping them get back to work. I charge $250.00 an hour for my expert witness work. I have attached my curriculum vitae and a list of cases in which I have either given trial testimony or deposition testimony for the last six years.

04/13/2012 FRI 10:52 [TX/RX NO 7710] ☑002

Apr 13 12 09:46a        World of Work, Inc.                              3615894106           p.3

*OTIS J. HILLIARD*
Page 2

I reviewed information about his work history, educational history, earnings history, and medical condition. Records I reviewed include:

### *Documents:*

Plaintiff's Original Petition;
Defendant's Original Answer;
Plaintiff's Designation of Expert Witnesses;
Plaintiff's Supplemental Designation of Expert Witnesses;
Plaintiff's Responses to Request for Product, Request for Disclosure, Interrogatories and Request for Inspection;
Plaintiff's First Supplemental Responses to Request for Production;
Plaintiff's Supplementation of Discovery Responses – Neuropsychologist Exam;
Defendant Tyson's Responses to Request for Production and Interrogatories;
Defendant Tyson's Responses to Plaintiff's Second Interrogatories;
Defendant Tyson's Responses to Plaintiff's Second Request for Production;
Defendant Tyson's Documents Produced Bates Label: TYS 001- TYS 302;
Color Photos;
Social Security Administration records

### *Depositions:*

Deposition of Otis Hilliard;
DVD of Otis Hilliard deposition;
Enrique Tamez;
Daryl Terry;
Joe Cepada;
Kenneth Jones

### *Employment Records:*

Precoat Metals;
Kellogg Brown & Root – Personnel & Payroll;
Grocer's Supply Co., Inc.
Express Professionals

04/13/2012 FRI 10:52 [TX/RX NO 7710] ☒003

*OTIS J. HILLIARD*
Page 3

### *Educational Records:*

    National Education Center;
    Houston ISD (Scholastic Records)

### *Medical Records:*

    East Houston Regional Medical Center;
    St. Luke's Episcopal Hospital;
    Dr. Maximo Roth's
    Key Health Medical Solutions/Select Physical Medicine;
    Jeffrey Reuben, M.D.;
    Randolph Evans, M.D.;
    Dr. Lorenzo Bortolotti;
    Walgreen's Pharmacy; and
    Neuropsychological Associates/Shawanda Williams-Anderson, Ph.D.

From my review I learned this 42-year-old high school graduate continued his education to get electronics training at the national education center in 1987. His works history reflects activities in operating and controlling motorized vehicles. He has driven automobiles, forklifts, and operated overhead cranes. Most recently he was employed operating machinery to prepare meat products. In his deposition of January 20, 2011 he indicated that he completed a certification class to operate a sitting forklift at Grocers Supply.

On December 15, 2009 he experienced an electrical shock while working. Subsequently he sought medical treatment for complaints of pain on his left side and weakness to his upper extremities. He began using a cane to help with walking. He has undergone multiple medical examinations and psychological examinations. My review of these examinations and my review of the videotape of his deposition lead to my opinion that Mr. Hilliard would be able to work except for his complaints of pain. I saw no tremulousness in his upper extremities as the deposition progressed. He impressed me as being focused and able to concentrate throughout the deposition, which lasted from 10:09 am to 4:29 pm.

**OTIS J. HILLIARD**
Page 4

Examples of jobs, which would take it vantage of Mr. Hilliard's work experiences and develop skills, include forklift operator, escort vehicle driver, and car rental return driver or delivery driver. Wages for these jobs are comparable to the wages he has earned in the past. Therefore it is my opinion, Mr. Hilliard will suffer no loss of future wage earning capacity at such time that he returns to work.

I would like to interview Mr. Hilliard to determine the extent to which there might be changes in his medical status or work status. I noticed that he was denied benefits from the Social Security Administration. I would like to inform him about the full range of vocational rehabilitation services available to him. I reserve the right to supplement this report upon receipt of additional records or information, which might result in changes to opinions expressed above.

Very truly yours

*R. D. Cox*

Robert D. Cox, MA, CRC
Licensed Professional Counselor


Attachments

Robert Dewar Cox, MA, CRC, LPC
Mail
17424 W. Grand Parkway S., Suite 422
Sugar Land, TX  77479
281 343-0999 V
281 343-9327 F
Delivery
7327 Timberlake Drive
Greatwood-Shores
Sugar Land, Texas 77479
bob@theworldofwork.com
EIN  74-211 4967

## Work History:

| | |
|---|---|
| 1996-Present | Elected Director/President |
| | Ft. Bend County Municipal Utility District #108, |
| 1980-Present | President and Rehabilitation/Career Counselor |
| | World of Work, Inc. |
| 2000-2005 | Elected Director/Vice-President |
| | Greatwood Homeowner's Association |
| 1973 - 1980 | President & Rehabilitation Counselor, |
| | Southwest Rehabilitation Institute |
| 1967 - 1972 | Vocational Rehabilitation Counselor, |
| | Texas Rehabilitation Commission, Houston, TX |

## Professional Affiliations:

National Rehabilitation Association: Treasurer 2010-2011
Rehabilitation Counselors and Educators Association; Treasurer 2007-2009;
    President 2010
Texas Vocational Evaluation and Work Adjustment Association; President 1976-1978
Texas Rehabilitation Association
    Board Member at large, 1979-1981; 1998-2001
    President 1990-1992; President 2001; Treasurer 2004-2005
Texas Rehabilitation Counseling Association
    President 1984-1986
Houston Area Rehabilitation Association
    President 1987-88

## Advisory Member:

Past
Arkansas Rehabilitation Continuing Education Program
Texas Representative, Vocational Rehabilitation of the Industrially Injured, 1979
Coalition for Barrier Free Living, Houston, TX

   Placement Committee

## Education, Certification and License:
  MA, University of Texas 1972
  BA, University of Texas, 1966
  Certified Rehabilitation Counselor #53, By National Commission on
    Rehabilitation Counselor Certification
  Licensed as Professional Counselor, Texas # 4521

## Consultant:

<u>Present</u>
  Vocational Consultant to the Social Security Administration
    Office of Hearings and Appeals, since 1975

<u>Past</u>
  Del Oro Hospital, Houston, TX
  Memorial Southeast Hospital, Houston, TX
  Stafford Meadows Hospital, Stafford, TX
  West Oaks Hospital, Houston, TX

## Honors:

  Distinguished Service Award 1993, from City of Houston,
    Mayor Bob Lanier

PAGE 1
TESTIMONY HISTORY OF ROBERT COX

12/06/02   TRIAL; CAUSE No. 61,225; SAMUEL ODGEN V. WESTERN ATLAS INTERNATIONAL,
           ET AL; IN THE 75TH JUDICIAL DISTRICT COURT OF LIBERTY COUNTY, TEXAS;
           JIM WETWISKA, ATTY

01/23/03   DEPOSITION; CAUSE NO. 02-0-57,548-B; DIST CT OF VICTORIA, TX; DURMENT
           VS CAVASOS; BRAD BARTLETT ATTY

02/04/03   DEPOSITION; CAUSE NO. A-166555; JIMMIE L. MONCEAUX VS. EFFICIENT
           SYSTEMS, INC. AND DAMON HEATH HOLMES; IN THE 58TH JUDICIAL DISTRICT
           COURT OF JEFFERSON COUNTY, TEXAS; JOSEPH W. GAGNON, ATTY

02/10/03   DEPOSITION; CAUSE NO. 2001-30860; CHRISTOPHER JAMSES ANDERSON V.
           GARY NEIL GIBSON, BAKER HUGHES, INCORPORATION, BAKER HUGHES OILFIELD
           OPERATIONS, INC. d/b/a BAKER ATLAS, AND BAKER ATLAS, A DIVISION OF
           WESTERN ATLAS INTERNATIONAL, INC.; IN THE 189TH JUDICIAL DISTRICT
           COURT, HARRIS COUNTY, TEXAS; RICK STAFF, ATTY

02/13/03   DEPOSITION; CAUSE NO. 2:02CV03; PILGRIM'S PRIDE CORPORATION AND BUNCH
           AND ASSOCIATES, INC. VS. WILLIAM LUCAS; IN THE UNITED STATES DISTRICT
           COURT FOR THE EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION; ATTY
CURTIS
           FENLEY III

02/28/03   TRIAL; CAUSE NO. 2001-30860; CHRISTOPHER JAMES ANDERSON V. GARY NEIL
           GIBSON, BAKER HUGHES, INC., BAKER HUGHES OILFIELD OPERATIONS, INC.
           D/b/a BAKER ATLAS, AND BAKER ATLAS, A DIVISION OF WESTERN ATLAS
           INTERNATIONAL, INC.; IN THE 189TH JUDICIAL DISTRICT CXOURT, HARRIS
           COUNTY, TEXAS; ATTY RICHARD W. STAFF

03/12/03   DEPOSITION; CAUSE NO. 01-00259-E; BETTY J. NICKLEBERRY, ET AL V.
CHARLES
           YIENG-CHU SU, M.D., ET AL; IN THE 101ST JUDICIAL DISTRICT COURT OF
           DALLAS COUNTY, TEXAS; ATTY ROBERT A. BLACKWELL

03/25/03   DEPOSITION; CAUSE NO. 2001-58756; ANTONIO RUZICKA V. PORT TERMINAL
           RAILROAD ASSOCIATION; IN THE 164TH JUDICIAL DISTRICT COURT OF HARRIS
           COUNTY, TX; ATTY GORDON HOLLOWAY

04/01/03   DEPOSITION; CAUSE NO. 2002-08089; DOLORESE CHARLYNE BROTEMARKLE VS.
           ABC, INC., ABC RADIO NETWORK, INC., THE WALT DISNEY CO., STEPHANIE
           FRANKLIN AND FRANCES EPSTEIN AND ABC, INC. D/B/A KMIC AM 1590; IN THE
           THE 55TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY SEAN
           GREENWOOD

04/14/03   DEPOSITION; CAUSE NO. 34,858-01-13; THOMAS E. SEMPREVIVO V. EDDIE
           DWAYNE BAILEY AND CLAMON CATTLE COMPANY, INC.; IN THE DISTRICT COURT
OF
           ANGELINA COUNTY, TEXAS; ATTY RONALD BAIR

4/22/03    DEPOSITION; CAUSE NO.17779-JG01; TERRY SNOW V S.I.I. CONSTRUCTION; IN
           239TH JDC, BRAZORIA CO, TEXAS; ATTY BRUCE GAIBLE

04/23/03   CAUSE NO.: 2002-35696; AUGUSTINE BASALDUA V. PORT TERMINAL RAILROAD
           ASSOCIATION; IN THE 215TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY,
           TEXAS; ATTY GORDON HOLLOWAY

4/25/03    TRIAL; CAUSE 2:02CVO3; WILLIAM LUCAS VS. PILGRIM'S PRIDE CORPORATION

PAGE 2
TESTIMONY HISTORY OF ROBERT COX

    AND BUNCH AND ASSOCIATES, INC.; IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION; ATTY CURTIS FENLEY III

05/27/03 TRIAL; CAUSE 2001-64769; DONNIE L. HALL VS. DIAMOND OFFSHORE, ET AL. IN THE 215TH DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY SCOTT BREITENWISCHER

07/23/03 DEPOSITION; DARLENE RODRIGUEZ VS FTI CONSULTING; USDC HOUSTON DIVISION; ATTY JOYCE KEATING

10/01/03 DEPOSITION; CAUSE NO. GN 202124; KIMBERLY KASEE V. LOOMIS FARGO & CO. AND RAUL SERNA GARZES; IN THE DISTRICT COURT OF TRAVIS COUNTY, TEXAS, 261ST JUDICIAL DISTRICT; ATTY CLIFFORD L. HARRISON

12/08/03 CAUSE NO. 2002-17939; PATRICK DAVIS; 165TH DISTRICT COURT, HARRIS COUNTY, TEXAS; ATTY RICHARD M. LAW

12/18/03 DEPOSITION; CAUSE NO. 2002-45302; FRANKIE LEE FRIEMEL AND WIFE, VIRGINIA FRIEMEL VS. FRED HARTLEY, ET AL., IN THE 270TH JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS; ATTY N. ZITO

12/29/03 DEPOSITION; CAUSE NO. A-020157-C-A; SETH FREEMAN V. BAYER CORP., ET AL;
    IN THE 128TH JUDICIAL DISTRICT COURT OF ORANGE COUNTY, TEXAS; ATTY JOE TOMASELLI

12/30/03 DEPOSITION; CAUSE NO. 2002-09737; GLEN W. PERRY VS UNION PACIFIC RAILROAD CO. & PLAIN DEALING TRUCKING CO., INC.; IN THE 280TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY JAMES H. LIMMER

01/07/04 TRIAL; CAUSE NO. 2002-09737; GLEN W. PERRY VS. UNION PACIFIC RAILROAD CO. & PLAIN DEALING TRUCKING CO., INC.; IN THE 280TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY JAMES H. LIMMER

01/20/04 DEPOSITION; CAUSE 2002-59355; DANIEL RONQUILLO, BONNIE RONQUILLO, SHAUNNA RONQUILLO, DANIELLE RONQUILLO, DANIEL RONQUILLO, JR., ADRIANNA RONQUILLO, AND FRANCIS RONQUILLO V. I. RAY KIRK, M.D.; 11TH DISTRICT COURT, HARRIS COUNTY, TEXAS; ATTY RAINY DEMOSS

2/17/04 A/N/F DEPOSITION; CAUSE NO. 2001-57216; LINDA FOSTER, INDIVIDUALLY, AND
    OF WENDELL JAMAL LEWIS, A MINOR CHILD V. MOOL P. NIGAM, M.D. AND BAYSHORE MEDICAL CENTER; IN THE 152ND JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY NICOLE ANDREWS

02/27/04 DEPOSITION; CAUSE NO. 02-02-01231-CV; CONNIE WHEELER V. WERNER ENTERPRISES, INC., 221ST JUDICIAL DISTRICT COURT, MONTGOMERY COUNTY, TEXAS

05/21/04 DEPOSITION; CAUSE NO. 2003-24743; EUGENE SALAZAR V. MNG, L.L.C. D/B/A SYCAMORE APARTMENTS, PARIS GARRE AND DAN MEAUX D/B/A SYCAMORE APARTMENTS; IN THE 55TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; TERESA N. BURLISON, ATTY

05/27/04 TRIAL; CAUSE NO. 2002-36462; LAWANDA L. KELLER V. UCISCO, INC.; IN THE 270TH JUDICIAL COURT OF HARRIS COUNTY, TEXAS; ERICH L. SCHENK, ATTY

07/13/04 DEPOSITION; JAMES CLARK AND SAMMY BARBER, ET AL V. EXXON MOBIL CORPORATION; IN THE DISTRICT COURT OF JEFFERSON, COUNTY; 58TH JUDICIAL DISTRICT; KAREN R. BENNETT, ATTY

PAGE 3
TESTIMONY HISTORY OF ROBERT COX

08/13/04 DEPOSITION; ROLANDO CANALES VS. INGERSOLL RAND COMPANY, RAMIRO
         GONZALEZ, INDIVIDUALLY AND D/B/A R&R PAVING; IN THE DISTRICT COURT
         HIDALGO COUNTY, TEXAS; 92ND JUDICIAL DISTRICT; MARK CANTU, ATTY

08/25/04 DEPOSITION; LARRY PEDERSON V. HOVENSA; BRITAIN H. BRYANT, ATTY

09/01/04 DEPOSITION; CAUSE NO. 2003-1746-CCL2; RON JOY V. EXXONMOBIL OIL
         CORPORATION AND PCS PHOSPHATE COMPANY, INC.; IN THE COUNTY COURT AT
         LAW #2, GREGG COUNTY, TEXAS; SUSAN E. DAVENPORT, ATTY

09/02/04 TRIAL; ROLANDO CANALES VS. INGERSOLL RAND COMPANY, RAMIRO
         GONZALEZ, INDIVIDUALLY AND D/B/A R&R PAVING; IN THE DISTRICT COURT
         HIDALGO COUNTY, TEXAS; 92ND JUDICIAL DISTIRCT; MARK CANTU, ATTY

10/26/04 TRIAL; CAUSE NO. 2001-03623; JEWEL WILEY VS. WABASH NATIONAL
         CORPORATION, ET AL; DISTRICT COURT OF HARRIS COUNTY, TEXAS; 190TH
         JUDICIAL DISTRICT; DAVID TIPETTS, ATTY

12/22/04 DEPOSITION; CAUSE NO. 2003-CI-05507; ALEMAN V. WAL-MART STORES, 408TH
         JDC, BEXAR CO, TEXAS; ATTY NELDA ORTIZ

02/03/05 DEPOSITION; CAUSE NO. 03CV1740; CHARLES ERBEN HARRIS V. PORT
         TERMINAL RAILROAD ASSOCIATION; IN THE 405TH JUDICIAL DISTRICT
         COURT OF GALVESTON COUNTY, TEXAS; KYLE M. ROWLEY, ATTY

02/08/05 DEPOSITION; CAUSE NO. 2003-36885; BEN COBB AND LORI COBB V. TARGET
         CORPORATION, SUN BUILDETRS CO., AND SQUARE D COMPANY; IN THE 269TH
         JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; WILLIAM A. SHERWOOD,
         ATTY

03/03/05 DEPOSITION; CAUSE NO. 03CV0764; LANCE DELOACH VS EXXON; 10TH JDC
         GALVESTON CO; JAMES HOLMES ATTY
05/06/05 DEPOSITION; MURDOCH VS ENGINEERING PROJECTS; 60TH JDC; JEFFERSON CO;
         BILL FEATHERSON ATTY

07/07/05 TRIAL TESTIMONY; CAUSE NO. 2003-CI-05507; ELSA ALEMAN VS WALMART; 408TH
         JDC; BEXAR CO, TEXAS; NELDA ORTIZ ATTY

08/01/05 DEPOSITION;DONALD AUCOIN; JOHN W. MIKUS, ATTY

11/14/05 TRIAL TESTIMONY; CAUSE NO. 2003-36885; BEN COBB AND LORI COBB V.
         TARGET CORPORATION, SUN BUILDERS CO., AND SQUARE D COMPANY; IN THE
         269TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY SHERWOOD

1/19/06  DEPOSITION; RON GAINVEY VS ACE TRANSPORT; 280TH JDC; HARRIS CO; ATTY
         GEORGE WILHITE

02/27/06 DEPOSITION; CAUSE NO. 2003-45357; LAUREN TABER, ET AL V. CATHERINE
         NGUYEN ROUSH, M.D., ET AL; IN THE 334TH JUDICIAL DISTRICT COURT OF
         HARRIS COUNTY, TEXAS; ATTY LARRY THOMPSON

04/17/06 DEPOSITION; CAUSE NO. GN501645; DONNA NEDBALEK AND BLAKE NEDBALEK, AS
         NEXT FRIENDS OF KRISTEN NEDBALEK, A MINOR VS. NANCY A. TURNER, M.D.;
         TURNER, BACHUS & ASSOCIATES D/B/A A WOMAN'S PLACE; AND ST. DAVID'S
         HEALTHCARE PARTNERSHIP, LP. LLP D/B/A SOUTH AUSTIN HOSPITAL; 126TH
         JUDICIAL DISTRICT, TRAVIS COUNTY, TEXAS

06/07/06 DEPOSITION; CAUSE NO. 2003-49565; FREDERICK L. RISKER V. MAHNAZ SHAH,
         M.D., KELSEY - SEYBOLD MEDICAL GROUP, P.A. AND GRAMERCY SURGERY
         CENTER,LTD. D/B/A GRAMERCY OTUPATIENT SURGERY CENTER; IN THE 189TH
         JUDICIAL

PAGE 4
TESTIMONY HISTORY OF ROBERT COX


DISTRICT HARRIS COUNTY, TEXAS; ATTY RAINY DEMOS

06/15/06  DEPOSITION; CAUSE NO. 2004-72325; IVETTE N. VASQUEZ, ET AL V. JOSE D. DELVALLE; IN THE 129TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY RONALD BAIR

07/06/06  DEPOSITION; AAA#704600046805; JUAN CARLOS RUIZ VS SSP Partners, et al; Dallas Texas; ATTY PAUL DUNAGAN

08/10/06  CAUSE NO. 05-CV-0337; MIGUEL ARENAZAS, ET AL.VS. BP PRODUCTS NORTH AMERICA, INC., ET AL.; IN THE 212TH DISTRICT COURT OF GALVESTON COUNTY, TEXAS

CAUSE NO. 05-CV-0337-A; IN RE BP AMOCO EXPLOSION MARCH 23, 2005 COORDINATED DISCOVERY PROCEEDINGS; IN THE 212TH JUDICIAL DISTRICT COURT OF GALVESTON COUNTY, TEXAS

DEPOSITIONS: CALVIN BOLDS,PLAINTIFF & KENNETH GRANT,PLANTIFF
ATTORNEY: JAMES HEWITT

08/14/06  CAUSE NO. 05-CV-0337; MIGUEL ARENAZAS, ET AL. VS. BP PRODUCTS NORTH AMERICA, INC., ET AL.; IN THE 212TH DISTRICT COURT OF GALVESTON COUNTY, TEXAS
CAUSE NO. 05-CV-0337-A; IN RE BP AMOCO EXPLOSION MARCH 23, 2005 COORDINATED DISCOVERY PROCEEDINGS; IN THE 212TH JUDICIAL DISTRICT COURT OF GALVESTON COUNTY, TEXAS
DEPOSITIONS:  RICKY BELL, PLANTIFF & JESSE MONTALVO, PLAINTIFF
ATTORNEY:  APRIL MARBURGER

08/16/06  CAUSE NO. 05-CV-0337; MIGUEL ARENAZAS, ET AL. VS. BP PRODUCTS NORTH AMERICA, INC., ET AL.; IN THE 212TH JUDICIAL DISTRICT COURT OF GALVESTON COUNTY, TEXAS

CAUSE NO. 05-CV-0337-A; IN RE BP AMOCO EXPLOSION MARCH 23, 2005

COORDINATED DISCOVERY PROCEEDINGS; IN THE 212TH JUDICIAL DISTRICT COURT OF GALVESTON COUNTY, TEXAS

DEPOSITIONS OF PLAINTIFFS:  ANDREW CODY PEARSON, MICHELLE PEARSON, PETER GIVENS, JUAN GUZMAN, GARY MC ENTYRE, NICHOLAS FALCON

ATTORNEY: JAMES HEWITT


09/20/06  TRIAL; CAUSE NO. 6-05CV-025; DEBORAH DALE V. THOMAS RUMAN & EXPLORER TRUCKING,INC., IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS,SAN ANGELO DIVISION; ATTY NELDA J. ORTIZ

10/19/06  DEPOSITION; CAUSE NO. 05-CV-1230; CHARLES OKTAVEC V. HEALTHSOUTH DIAGNOSTIC CENTERS OF TEXAS LIMITED PARTNERSHIP D/B/A HEALTHSOUTH DIAGNOSTIC CENTER OF CLEAR LAKE, LARRY PATCHELL, M.D. AND CHERYL KANE; IN THE 212TH JUDICIAL DISTRICT, GALVESTON COUNTY, TEXAS; ATTY JAMES C. MARROW

12/05/06  DEPOSITION; CAUSE NO. 2005-59016; GERALDA SANTOS V. PRIME SOURCE BUILDING PRODUCTS AND LEE EDWARD MARTIN; IN THE 270TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY O. PAUL DUNAGAN

12/12/06  TRIAL; CAUSE NO.2004-67051; TINA M. HOOD V. LONG LAKE LIMITED AND LONG LAKE LIMITED D/B/A POSTWOOD HOMES; IN THE 157TH JUDICIAL DISTRICT

PAGE 5
TESTIMONY HISTORY OF ROBERT COX


      COURT; ATTY JAMES E. SIMMONS

01/11/07  TRIAL; CAUSE NO.; ISTRE V.; IN THE JUDICIAL DISTRICT COURT OF COUNTY; ATTY GEORGE WILHITE

02/16/07  DEPOSITION; GODDEAUX AND KINNARD VS BRITISH PETROLEUM; GALVESTON CO ATTY JAMES HEWITT

03/08/07  DEPOSITION; CAUSE NO. G-06-003; CURTIS W. JONES VS. UNION PACIFIC RAILROAD AND PIONEER OILFIELD TRUCKING, INC.; IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, GALVESTON DIVISION; CONSOLIDATION WITH CIVIL ACTION NO. G-06-067; ALFONSO ALVAREZ VS. PIONEER OILFIELD TRUCKING, INC., ET AL; IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, GALVESTON DIVISION; ATTY JAMES H. LIMMER

04/16/07  DEPOSITION; RENTERIA VS ATTY BRIAN WENDT

05/09/07  DEPOSITION; CAUSE NO. 141-210309-05; TODD GUYTON VS LEGGETT & PLATT; 141ST DC; TARRANT CO, TEXAS; ATTY MICHAEL JONES.

05/15/07  TRIAL; CAUSE NO. 2005-17513; TOYSHA ARMSTRONG VS CONCORD ROOST; 281ST JDC; HARRIS CO; ATTY CARLOS PENICHE.

6/7/07   Deposition; CAUSE 39309-06-02; JARRELL MARTIN VS WALMART STORES; DISTRICT COURT OF ANGELINA COUNTY, TEXAS; ATTY CONNIE HAWKINS

6/28/07  DEPOSITION; TRICKETT VS  ATTY BRAD BARTLETT

7/26/07  DEPOSITION; DORMAN ATTY FULBRIGHT

8/01/07  DEPOSITION OF CHRISTOPHER HARPER; CAUSE NO. 05-CV-0337; MIGUEL ARENAZAS, ET AL. VS. BP PRODUCTS NORTH AMERICA, INC., ET AL.; IN THE 212TH DISTRICT COURT OF GALVESTON COUNTY, TEXAS

      CAUSE NO. 05-CV-0337-A; IN RE BP AMOCO EXPLOSION MARCH 23, 2005 COORDINATED DISCOVERY PROCEEDINGS; IN THE 212TH JUDICIAL DISTRICT COURT OF GALVESTON COUNTY, TEXAS

      ATTY JAMES GALBRAITH

8/02/07  DEPOSITIONS OF ROBERT MC INTOSH; DAVID WILSON; NARA WILSON; CAUSE NO. 05-CV-0337; MIGUEL ARENAZAS, ET AL. VS. BP PRODUCTS NORTH AMERICA, INC., ET AL.; IN THE 212TH DISTRICT COURT OF GALVESTON COUNTY, TEXAS

      CAUSE NO. 05-CV-0337-A; IN RE BP AMOCO EXPLOSION MARCH ER, 2005 COORDINATED DISCOVERY PROCEEDINGS; IN THE 212TH JUDICIAL DISTRICT COURT OF GALVESTON COUNTY, TEXAS

      ATTY JAMES GALBRAITH

8/03/07  DEPOSITIONS OF ROLANDO BOCARDO; TOMAS CANTU; DAVID JOE FUENTES, JR.; SCOTT KILBERT; CAUSE NO. 05-CV-0337; MIGUEL ARENAZAS, ET AL. VS. BP PRODUCTS NORTH AMERICA, INC., ET AL.; IN THE 212TH JUDICIAL DISTRICT COURT OF GALVESTON COUNTY, TEXAS

      CAUSE NO. 05-CV-0337-A; IN RE BP AMOCO EXPLOSION MARCH 23, 2005 COORDINATED DISCOVERY PROCEEDINGS; IN THE 212TH JUDICIAL DISTRICT COURT OF GALVESTON COUNTY, TEXAS; ATTY JAMES GALBRAITH

PAGE 6
TESTIMONY HISTORY OF ROBERT COX

9/17/07   DEPOSITION; CAUSE NO. 36774; JOE C. GARCIA V. DANAHER CORPORATION; 412TH DISTRICT COURT, BRAZORIA COUNTY, TEXAS; ATTY LARRY FUNDERBURK

9/19/07   DEPOSITION; CAUSE NO.2006-20029-158; FRANK E. JONES & MARIE JONES, INDIVIDUALLY & AS NEXT FRIEND FOR FRANK DANIEL JONES, A MINOR, VS. JEFFREY SCOTT CANTRELL, M.D., JEFFREY SCOTT CANTRELL, M.D., P.A. D/B/A ORTHOPEDIC ASSOCIATES, DAVID ROBERT MOON, M.D. & MEDICAL IMAGING OF DALLAS, LLP; ATTY SAKINA RASHEED

10/05/07 TRIAL; CAUSE NO. 36774; JOE C. GARCIA V. DANAHER CORPORATION; 412TH DISTRICT COURT, BRAZORIA COUNTY, TEXAS; ATTY LARRY FUNDERBURK

01/10/08 TRIAL; CAUSE NO. 2005-52056; TOMMY CHAMPION VS. PENSKE TRUCK LEASING CO., L.P., PENSKE TRUCK LEASING CORPORTATION; GREAT DANE LIMITED PARTNERSHIP AND MAXON LIFT CORP.; IN THE 189TH JUDICIAL COURT OF HARRIS COUNTY,TEXAS; ATTY GREGORY HOLLOWAY

06/08/08 DEPOSITION; SHUMATE FOR RHODES IN AUSTIN TEXAS

6/03/08  DEPOSITION; CAUSE NO.B177168; VICKIE LYNN HALL V. EXXON MOBIL CORPORATION; IN THE 60TH JUDICIAL DISTRICT COURT OF JEFFERSON COUNTY, TEXAS; ATTY GREGORY HOLLOWAY

6/23/08  TRIAL; CAUSE NO. B177168; VICKIE LYNN HALL V. EXXON MOBIL CORPORATION; IN THE 60TH JUDICIAL DISTRICT COURT OF JEFFERSON COUNTY, TEXAS; ATTY GREGORY HOLLOWAY

10/6/08 DEPOSITION; CAUSE NO. 27875; JOHN CORNETT AND TERRY CORNETT V PATTERSON-
        UTI ENERGYM INC. AND BILLY DOE; IN THE 1ST JUDICIAL DISTRICT OF JASPER COUNTY, TEXAS; ATTY WILLIAM T. JONES, JR

4/17/09  DEPOSITION; RAMOS VS HINES INTERESTS; 269TH JDC; HARRIS CO; ATTY MIKE MAGEE

6/22/09  DEPOSITION; CAUSE NO. 2006-68686; BLADIMIR BARRIENTOS, MARIA GARZA INDIVIDUALLY AND A/N/F OF OSVALDO BARRIENTOS AND BLADIMIR BARRIENTOS, JR., MINORS V. DARLING HOMES, INC., DARLING HOMES OF HOUSTON, LTD.M AND JOHN K. HOMRIGHAUSEN; IN THE 334TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

7/9/09   DEPOSITION; ROBERTA BURKHART; 80JDC; HARRIS CO; PETER BAMBACE

7/16/09  TRIAL; CAUSE 2006-23345; CHARLES LEMMOND V. TEXAN EAGLE TRANSPORTATION;IN THE 215TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY: JOHN A. RAMIREZ

10/12/09 DEPOSITION; GARDENIER; ATTY JUNEK

10/22/09 DEPOSITION; SANDEL JOY; ATTY AMANDA FLANAGAN

10/28/09 TRIAL; CAUSE NO. 2006-65139;SANDRA CHRIST VS. COMPREHENSIVE PLUS HOME HEALTH, INC. AND BOBBY JONE BEASLEY; IN THE 234TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY: TRACEY R. BURRIDGE

11/03/09 DEPOSITION; CAUSE NO. 2008-5747; ANGELICA DAVIS AND DARRELL DAVIS V. CHRISTUS HEALTH GULF COAST D/B/A CHRISTUS ST.CATHERINE HOSPITAL; IN THE 129TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS;ATTY ERIN LUNCEFORD

PAGE 7
TESTIMONY HISTORY OF ROBERT COX


11/03/09  TRIAL; CAUSE NO. 06-07-06852; BILL COMSTOCK AND LANA COMSTOCK, INDIVIDUALLY AND AS NEXT BEST FRIEND OF MEGAN RAE COMSTOCK V. M. JAMES CLARK, DDS AND NORTHWEST ORAL & MAXILLOFACIAL SURGERY, P.C.; ATTY JOEL RANDAL SPROTT

11/5/09  DEPO; ROBIN TISDALE JOHNSON VS FIRST TRANSIT; 270TH JDC HARRIS CO; ATTY GLEN FAHL

11/13/09  DEPO; GARY EVANS VS DEL MAR DISPOSAL; 14JDC DALLAS CO; PETER BAMBACE

11/30/09  DEPO; CAUSE NO. B179229; WILLIE FRANKLIN COWART AND DONNA J. COWART V. NEDERLAND APOSTOLIC CHURCH AND J.C. CORKRAN; IN THE 60TH JUDICIAL COURT OF JEFFERSON COUNTY, TEXAS; ATTY KATHERINE D. WOODRUFF

01/11/10  TRIAL; CAUSE NO. 2007-20572;ROBERTA BURKHART VS. VICTOR N. LOFTIN, ET AL; IN THE 80TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY PETER BAMBACE

03/22/10  DEPOSITION;CAUSE NO. 2008-60893;ANDREA MARTIN VS. ERIC J. HAUFRECT, M.D., JAMES EARL STREET, M.D., CAROL ASHWORTH, R.N., JILL CRIEP, CRNA, DIANA IRVIN, O.R.T., CAITLIN MOODIE, R.N. AND THE METHODIST HOSPITAL; IN THE 157TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TX; ATTY CAROLYN SMITH

03/26/10  DEPO; MICHELLE RUSSELL; ATTY TRENT STEVENS

06/11/10  DEPO; ALEX DEWOODY; CAUSE NO. 2008-29777; BRIANNA KINNEY AND ANDRES DEWOODY; IND. AND A/N/F OF ALEXA DEWOODY, A MINOR VS. MICHELLE HANES, MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL HERMANN THE WOODLANDS HOSPITAL;IN THE 189TH DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY STEVE DOLLINGER

07/02/10  DEPO; CAUSE NO. 352-228367-08; RANDY BLAKE BLEVINS AND LISA BLEINS V. PATMAN DRILLING INTERNATIONAL, INC. AND CHESAPEAKE OPERATIN, INC.; IN THE 352ND JUDICIAL DISTRICT OF TARRANT COUNT, TEXAS; ATTY KATHLEEN M. KENNEDY

07/06/10  DEPO; CAUSE NO. 2008-36829; DYLAN CLEWIS V. AIRTIME AMUSEMENTS, INC.; 165TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TX; ATTY LEE STALEY

09/10/10  DEPO; CAUSE 2008-51886; MICHAEL REY FLORES VS. CYPRESS FAIRBANKS MEDICAL CENTER, INC. A/K/A CYPRESS FAIRBANKS CENTER HOSPITAL, GEORGE JOSPEH ABDO, M.D. AND STEPHEN VAN ROCKER,D.O.; 11TH JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS; ATTY FRANK DOYLE

02/07/11  DEPO; CAUSE NO. CV. 1:10-CV-193; ERNEST CHAPMAN V. GREAT AMERICAN INSURANCE COMPANY; IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT TO TEXAS, BEAUMONT DIVISION

3/09/11  TRIAL; ROXANNE UNDERWOOD IN FT BEND CO CT; JUDGE SHOWMAKE; ATTY FUNDERBURKE

03/30/11  Testify; CASE NO. 70 16000351 09; SV FILE 11.6881; AMERICAN ARBITRATION ASSOCIATION; HENRY V. H. E. BUTT; ATTY MARK GILTNER

4/18/11  DEPO; CAUSE NO. 2009-23502; RICK TJARKS VS. OASIS FIRE PROTECTION,INC. AND ANTHONY SPANO, JR.; 334TH JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS; ATTY JEFF A. FANAFF

PAGE 8
TESTIMONY HISTORY ROBERT D. COX

5/5/11   DEPO; CAUSE 2009-11576; ROMERO V JIMINEZ; 281ST JDC, HARRIS CO TEXAS; ATTY BILL SANFORD

5/9/11   DEPO; CAUSE NO.D183-385; MERCED FERNANDEZ V. CENTERPOINT; 136TH JDC, JEFFERSON CO, TEXAS; ATTY JOHN THOMISEE

7/25/11  DEPO; CARLISLE V HARRIS; 11TH JDC HARRIS CO; HENGES ATTY

8/11/11  DEPO; SWAFFORD (EEOC) V DYNMCDERMONT; USDC BEAUMONT; BROWN ATTY